```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
STEPHANIE PINEIRO,

                    Plaintiff,
                                                    ORDER
         - against -
                                                24 Civ. 6002 (NRB)
THE CITY OF NEW YORK, a municipal
entity; LOUIS A. MOLINA, in his
individual capacity; Correction
Officer KAREN WILLIAMS, Shield #14819,
in her individual capacity; Correction
Captain ADAM ROLLISON, in his
individual capacity; Correction
Captain ASIA KING, in her individual
capacity; JOHN or JANE DOE, in their
individual capacities;

                    Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:   New York, New York
         July 24, 2025

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE